# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143353

FORREST L. PRESTON,
     Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
     Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143353
COA: 295055
Court of Claims: 07-000134-MT

On order of the Court, the application for leave to appeal the May 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

h1017